## IN THE SUPREME COURT OF THE STATE OF NEVADA

SAID ELMAJZOUB,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RICHARD SCOTTI, DISTRICT JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 73320

**FILED**

JUL 12 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION

This is an original petition for a writ of prohibition challenging a district court minute order denying a motion to dismiss and seeking an order barring the district court from empanelling a second jury for a penalty hearing. Having considered the documents and arguments presented in this matter, we conclude that extraordinary relief is not warranted. *See* NRS 34.320; NRS 34.330. Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]We note that petitioner is represented by counsel in the proceedings below and should proceed by and through his counsel.

17-23095

cc: Hon. Richard Scotti, District Judge
Said Elmajzoub
Mace Yampolsky, Esq.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk